**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 17-1461**

_____

In Re:  BRIAN WILLIAM SCHUMAKER,

Petitioner.

_____

On Petition for Writ of Habeas Corpus.

_____

Submitted:  July 18, 2017                                    Decided:  July 27, 2017

_____

Before GREGORY, Chief Judge, MOTZ, Circuit Judge, and HAMILTON, Senior Circuit Judge.

_____

Petition dismissed by unpublished per curiam opinion.

_____

Brian William Schumaker, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brian William Schumaker, a native and citizen of Canada and a federal prisoner, filed a petition for an original writ of habeas corpus. Schumaker seeks the immediate execution of his final order of removal so that he may be turned over to the custody of the Department of Homeland Security and removed to Canada now rather than at the conclusion of his federal sentence. This court ordinarily declines to entertain original habeas corpus petitions under 28 U.S.C. § 2241 (2012), and this case provides no reason to depart from the general rule. Moreover, we find that the interest of justice would not be served by transferring the case to the district court. See 28 U.S.C. § 1631 (2012). Accordingly, we deny Schumaker leave to proceed in forma pauperis and dismiss the petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DISMISSED*